IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TIFFANY LAGENIA NOELS,** | * |
| | * |
| **PLAINTIFFS** | * |
| | * |
| | * |
| | * |
| **v.** | * |
| | * |
| **OCWEN LOAN SERVICING, LLC** *et al.* | * |
| | * |
| **DEFENDANTS** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MOTION FOR SERVICE OF PROCESS BY UNITED STATES MARSHAL SERVICE

COMES NOW, Plaintiff, by and through her counsel, Marie Lott Pharaoh, who moves this Honorable Court pursuant to Fed. R. Civ. P. 4 (c) (3) for an Order directing the United States Marshal Service to serve the summons and complaint upon the named defendants in the above titled action.

Per the Court's Order (ECF #5), Plaintiff is proceeding in *forma pauperis* pursuant to 28 U.S.C. 1915(a)(1).

November 12, 2017

Respectfully submitted,

/s/Marie Lott Pharaoh
Marie Lott Pharaoh
Bar No: 11080
16029 Dorset Road
Laurel, Maryland 20707
(240) 606-3494 Phone
(240) 536-9157 Fax
mariepharaoh@gmail.com