**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **TIFFANY LAGENIA NOELS, et al.,** | * | |
| | * | |
| **PLAINTIFFS** | * | |
| | * | |
| **v.** | * | **Civil Action No: 8:17-cv-03218-GJH** |
| | * | |
| | * | |
| **OCWEN LOAN SERVICING LLC** | * | |
| **et al.** | * | |
| | * | |
| **DEFENDANTS** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXTEND TIME TO FILE RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS COMPLAINT AND REMAND CASE

NOW COMES, Plaintiff, by and through her counsel, Marie Lott Pharaoh and moves this Honorable Court for an extension of time to file the aforementioned Responses. The Plaintiff sets forth the following in support of her Motion:

1. Plaintiff filed her Complaint on November 1, 2017.

2. Since that time, Plaintiff's Counsel has been dealing with a family emergency.

3. Her partner has been quite ill, requiring hospitalization and was recently released, but has since suffered a relapse.

4. He is bedridden and needs assistance with daily activities.

5. Counsel's partner does not have any family members in the immediate area.

6. Counsel has one family member in the area, her son, but he is helping his father care for a family friend who has been diagnosed with lung cancer.

7. Counsel is in the process of hiring another law firm to help her manage this case and her other work.

8. Counsel will not be able to obtain any additional assistance, be it rehabilitation or nursing services, until after her partner sees his primary care physician on Friday, December 22, 2017.

WHEREFORE, Plaintiff respectfully requests additional time (10 days) to respond to Defendants' Motions to Dismiss and Remand.

December 18, 2017                                  Respectfully submitted,

                                                  /s/ Marie Lott Pharaoh
                                                  Marie Lott Pharaoh
                                                  Bar No: 11080
                                                  16029 Dorset Road
                                                  Laurel, Maryland 20707
                                                  (240) 606-3494 Phone
                                                  (240) 536-9157 Fax
                                                  mariepharaoh@gmail.com

                                                  *Attorney for the Plaintiffs*


### Certificate of Service

I certify that on December 18, 2017 that a copy of the Motion to Extend Time will be served via the Court's CM/ECF system on Thomas F. Lucchesi, Esq., Counsel for Defendant Ocwen Loan Servicing, LLC, and any other counsel of record.

                                                  /s/ Marie Lott Pharaoh
                                                      Marie Lott Pharaoh