# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TIFFANY LAGENIA NOELS et al.,** | * |
| **PLAINTIFFS** | * |
| v. | *   Civil Action No: 8:17-cv-03218-GJH |
| **OCWEN LOAN SERVICING LLC et al.,** | * |
| **DEFENDANTS** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS

COMES NOW the undersigned attorney for the Plaintiffs, Marie Lott Pharaoh, who files this motion to withdraw her appearance in the above captioned matter. The Plaintiff, Tiffany L. Noels, in the email attached as *Exhibit 1* has terminated attorney's services.

For the foregoing reason, counsel respectfully requests that this Honorable Court grant her Motion to Withdraw as Attorney for Plaintiffs in this case.

July 1, 2018                                                                     Respectfully submitted,

/s/ Marie Lott Pharaoh
Marie Lott Pharaoh
Bar No.: 11080
16029 Dorset Road
Laurel, Maryland 20707
(240) 606-3494 Phone
(240) 536-9157 Fax
mariepharaoh@gmail.com

**Certificate of Service**

  I HEREBY CERTIFY that on July 2, 2018, a copy of the Motion For Leave to Withdraw as Attorney for Plaintiffs will be mailed via the United States Postal Service, first class, postage prepaid to:

Tiffany Noels
1214 Iron Forge Road
District Heights, Maryland 20747

  I HEREBY CERTIFY that on July 1, 2018, I caused the foregoing Motion For Leave to Withdraw as Attorney for Plaintiffs to be electronically filed via the Court's CM/ECF system. Electronic notice of this filing was sent to all Counsels of record who have requested Notices in the above referenced case.

                /s/Marie Lott Pharaoh
                Marie Lott Pharaoh