Case 8:17-cv-03218-GJH   Document 38-1   Filed 07/01/18   Page 1 of 1



**Marie Pharaoh <mariepharaoh@gmail.com>**

## Termination Letter
3 messages

**Tiffany L. Noels** <tnoels69@gmail.com>  Thu, May 31, 2018 at 8:58 PM
To: Marie Pharaoh <mariepharaoh@gmail.com>

This email serves as termination of all services from Marie Lott Pharoah as my attorney. Effective immediately.

**Marie Pharaoh** <mariepharaoh@gmail.com>  Thu, May 31, 2018 at 11:59 PM
To: Tiffany Noels <tnoels69@gmail.com>

Tiffany,

Please do a proper letter and attach to the email. Also, please spell my last name correctly.

Marie
[Quoted text hidden]

**Tiffany L. Noels** <tnoels69@gmail.com>  Fri, Jun 1, 2018 at 6:25 AM
To: Marie Pharaoh <mariepharaoh@gmail.com>

You are more than welcome to do one. The one that I sent will hold up in any court of law. Hopefully Dominique will write you an affidavit as well.
[Quoted text hidden]

Exhibit 1