**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **TIFFANY LAGENIA NOELS et al.,** | * | |
| | * | |
| **PLAINTIFFS** | * | |
| | * | |
| v. | * | **Civil Action No: 8:17-cv-03218-GJH** |
| | * | |
| | * | |
| **OCWEN LOAN SERVICING LLC et al.,** | * | |
| | * | |
| | * | |
| **DEFENDANTS** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY FOR PLAINTIFFS**</u>

This Matter, having come before the Court on the Motion For Leave to Withdraw as Attorney for Plainitffs, and it appearing, that for good cause shown, the Motion is hereby **GRANTED**.

**ORDERED,** that the appearance of Marie Lott Pharaoh is hereby **STRICKEN** in the above referenced case.

IT IS SO ORDERED.

DATED: _____      By: _____
                                             George J. Hazel
                                             United States District Judge